**COURTROOM DEPUTY'S MINUTES**   **MIDDLE DISTRICT OF ALABAMA**

-------------------------------------------------------------------------------------------------------

√ **INITIAL APPEARANCE**     **DATE: October 26, 2006**

❐ **BOND HEARING**

√ **DETENTION HEARING**    **Digital Recording 3:34 - 3:49**

❐ **PRELIMINARY (EXAMINATION)(HEARING)**

❐ **REMOVAL HEARING (R.40)**

❐ **ARRAIGNMENT**

-------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Vanzetta Penn McPherson** **DEPUTY CLERK: Joyce Taylor**

**CASE NO. 3:06mj108-VPM**   **DEFENDANT NAME: Kevin Devon Williams**

**AUSA: Kent Brunson**    **DEFT. ATTY: Donnie Bethel**

       **Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( √ ) FPD**

**USPO/USPTS: Sandra Wood**

**Interpreter needed: ( √ ) NO; ( )YES Name:**

_____

| | |
|---|---|
| √ | **Date of Arrest October 26, 2006 or** ❐ **Arrest Rule 40** |
| √ | **Deft First Appearance. Advised of rights/charges.** ❐ **Prob/Sup Rel Violator** |
| √ | **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.** |
| √ | **ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed** |
| ❐ | **Panel Attorney Appointed;** ❐ **to be appointed - prepare voucher** |
| ❐ | **Deft. Advises he will retain counsel. Has retained _____** |
| √ | ❐ **Government's ORAL Motion for Detention Hrg.** ❐ **to be followed by written motion;** √ **Government's WRITTEN Motion for Detention Hrg. filed** |
| √ | **Detention Hearing** √ **held** |
| ❐ | **ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered** |
| ❐ | **ORDER OF DETENTION HEARING PENDING TRIAL to be entered** |
| ❐ | **Release order entered. Deft advised of conditions of release** |
| ❐ | ❐ **BOND EXECUTED (M/D AL charges) $. Deft released** |
| | ❐ **BOND EXECUTED (R. 40) - deft to report to originating district as ordered** |
| ❐ | **Bond not executed. Defendant to remain in Marshal's custody** |
| ❐ | **Deft. ORDERED REMOVED to originating district** |
| ❐ | **Waiver of** ❐ **preliminary hearing;** ❐ **Waiver Rule 40 hearing** |
| √ | **Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury** |
| ❐ | **ARRAIGNMENT** ❐**HELD. Plea of NOT GUILTY entered.** ❐**Set for DISCOVERY DISCLOSURE DATE:** |
| ❐ | **WAIVER of Speedy Trial.  CRIMINAL TERM:** |
| ❐ | **NOTICE to retained Criminal Defense Attorney handed to counsel** |

| | |
|---|---|
| **3:38 p.m.** | **Mr. Bethel requests detention hearing to be held now.** |
| **3:40 p.m.** | **Testimony begins.** |
| | **Government's direct examination. (Herman)** |
| **3:44 p.m.** | **Court's questions to witness. (Herman)** |
| **3:45 p.m.** | **Government's direct examination continues. (Herman)** |
| **3:46 p.m.** | **Mr. Bethel's cross examination. (Herman)** |
| **3:47 p.m.** | **Government rests.** |
| **3:48 p.m.** | **Defendant rests.** |
| | **Court directs that defendant be detained and remanded to custody of U. S. Marshal.** |
| | **Court finds probable cause to bind defendant over to the grand jury for further proceedings.** |
| **3:49 p.m.** | **Court recessed.** |

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA      *

                                     *

VS.                             *           3:06mj108-VPM

                                     *

KEVIN DEVON WILLIAMS      *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
| --- | --- |

1. Joe Herman