IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          3:06MJ108-VPM
                                  )
KEVIN DEVON WILLIAMS              )

# ORDER

On 26 October 2006, pursuant to FED. R. CRIM. PRO. 5.1, the court held a preliminary

hearing in this case.  Based on the evidence presented at the hearing, the court finds that there

is probable cause to believe that an offense has been committed and that the defendant

committed the offense.    Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action.

DONE this 27th day of October, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE