IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 3:06mj108-VPM |
| | ) |
| KEVIN DEVON WILLIAMS | ) |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of Defendant, **KEVIN DEVON WILLIAMS,** in the above-styled case.

Dated this 6th day of November 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, AUSA.

                                          Respectfully submitted,

                                          s/Jennifer A. Hart
                                          **JENNIFER A. HART**
                                          FEDERAL DEFENDERS
                                          MIDDLE DISTRICT OF ALABAMA
                                          201 Monroe Street, Suite 407
                                          Montgomery, AL 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          jennifer_hart@fd.org
                                          AL Bar Code: HAR189